DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

GARY RAMON JOHNSON-BEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2372

—————————————————

March 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; G. Gregory Green, Judge.

PER CURIAM.

   Affirmed.

LaROSE, SMITH, and GUARD, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.